United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-10222 |
| **FRESHQUITA BRANDS, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 7** |

### ORDER TRANSFERRING VENUE

On December 24, 2024, Freshquita Brands, LLC ("*Debtor*") filed a voluntary chapter 7 petition in the Southern District of Texas, Brownsville. This case was filed in violation of BLR 1002-1. Pursuant to BLR 1002-1, this case should have been filed in the Southern District of Texas, McAllen Division based on Debtor's "principal location."[1] It is therefore:

**ORDERED** that:

the Clerk of Court shall immediately transfer Case No. 24-10222 to the United States Bankruptcy Court for the Southern District of Texas, McAllen Division.

SIGNED December 27, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 1